1   SEAN P. PATTERSON, Esq.        ELECTRONICALLY FILED
   STATE BAR NUMBER 5736         3-26-20
2   232 Court Street
   Reno, Nevada 89501
3   (775) 786-1615

4   Attorney for Debtor

5          UNITED STATES BANKRUPTCY COURT

6          FOR THE DISTRICT OF NEVADA

7               * * *

8   IN RE:           Case No.  BK-N-19-50853-BTB
     MICHELLE I. PEACON       (Chapter 13)
9                   **M O T I O N   T O   M O D I F Y**
                  **CONFIRMED CHAPTER 13 PLAN**
10               Hearing Date: 5-28-20
               Hearing Time: 3:00 p.m.
11               Time Required: 5 Minutes
            Debtors.
12   _____/

13     COMES NOW Debtor, by and through counsel, SEAN P. PATTERSON,

14   Esq. and apply to this Court for a post-confirmation modification

15   of his Chapter 13 Plan, pursuant to 11 U.S.C. §1329, for reasons

16   more fully set forth below.

17           **POINTS AND AUTHORITIES**

18     The debtors filed a Chapter 13 bankruptcy on July 22, 2019.

19   The filing of the bankruptcy was to allow the debtor to reorganize

20   her unsecured debt and "cram-down" her vehicle and furniture.  The

21   plan was confirmed on July 14, 2015.

22     The debtor had some changes since the filing of this case.

23   Miss Peacon changed jobs.  As a result, she is not making as much

24   money as she was at the time of filing.   The debtor's amended

25   Schedules "I" and "J" were filed prior to this motion.

26
27

28                    1

1    Section 1329 allows for post-confirmation modification, for

2  good cause shown, for a period of a maximum of five (5) years from

3  the time the first payment under the original plan was due.

4  Counsel requests of this Court that the Plan be modified as

5  follows:  Beginning in February, 2020, the plan payment shall be

6  to $440 for the remainder of the plan.  Unsecured creditors will be

7  getting the less money under this proposal as than the confirmed

8  plan.

9    The debtor shall not turnover any tax refunds for the life of

10  the plan.   Counsel requests attorneys fees of $300.00 for this

11  motion.

12    RESPECTFULLY SUBMITTED this 26 day of March, 2020.

13

14                                    _____

15                                    SEAN P. PATTERSON, Esq.

   Read and Approved by:
16

17  MICHELLE I. PEACON

18

19

20

21

22

23

24

25

26
27

28
                                    2

## DECLARATION IN SUPPORT OF FEES

1.    I am the attorney in the above-referenced matter.

2.    I am duly licensed as an attorney by the State of Nevada.

3.    I have prepared the above motion and state under penalty of perjury that the representations of the facts are true and correct to the best of my knowledge.

4.    My hourly rate for this case is $300.00.    It is anticipated that I will spend 1.5 hours in total working on this motion.  This time includes, but is not limited to: discussing the case with the client, amending the petition,  drafting the motion to modify, drafting the Notice of Motion, setting the hearing for calendar,  court  time,  reviewing  the  Trustee's  objection,  and reviewing the order to amend the plan.

Dated this 26 day of March, 2020.

SEAN P. PATTERSON, Esq.

3