WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

MICHELLE I. PEACON

　　　　　　　　　　　　　　　　Debtor.          /

CASE NO. BK-N 19-50853-HLB

CHAPTER 13

**STIPULATION TO EXTEND TERM OF PLAN TO PAY SECURED CLAIM**

NO HEARING REQUIRED

　　　The Debtor, by and through their attorney, SEAN P. PATTERSON, ESQ. and the Standing Chapter 13 Trustee, WILLIAM A. VAN METER, hereby agree and stipulate as follows:

　　　1.　　The Debtor's Plan is short of funding all Secured and Priority claims. The Debtor has agreed to extend the plan from 50 to 52 months to pay the secured claims.

　　　2.　　The Debtor intends to complete their Chapter 13 plan and agrees to cure the existing default

1

as well as any other deficiencies set forth in this Stipulation. The Trustee agrees not to request dismissal of the case based on the Debtor's default if the Debtor complies with the terms of this stipulation.

      a.    The Debtor's plan payments shall remain current throughout the remaining term of the Debtor's Chapter 13 case.

      b.    In addition to funds paid to the Trustee as of August 17, 2023 in the amount of $23,005.00, the Debtor's plan payments shall remain $495.00 and the term of the plan will be extended from 50 months to 52 months. The total minimum plan base will be increased to $24,490.00 to pay Secured and Priority Claims.

3.    While this Stipulation may result in an increase in the Plan term, it is not intended to prejudice the distribution to holders of allowed unsecured claims.

4.    This Stipulation is not intended to be a modification of the Debtor's confirmed Chapter 13 Plan and is intended to be binding only on the parties to the Stipulation.

Dated this 22nd Day of September 2023.

/S/ WILLIAM A. VAN METER
_____
WILLIAM A. VAN METER
Chapter 13 Trustee

Dated this 22nd Day of September 2023.

/S/SEAN P. PATTERSON
_____
SEAN P. PATTERSON
Attorney for Debtor

MICHELLE I. PEACON
Case # 19-50853
STIPULATION TO EXTEND
TERM OF PLAN TO
PAY SECURED CLAIM

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I Mary Rivinius hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on April 25, 2022, I Electronically Filed the attached **STIPULATION TO EXTEND TERM OF PLAN TO PAY SECURED CLAIM and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter** generate a Notice of Electronic Filing and electronically transmit the document to:

Dated: October 5, 2023

/S/ Mary Rivinius
Mary Rivinius

SEAN P. PATTERSON, ESQ.
232 COURT STREET
RENO, NV 89501

MICHELLE I. PEACON           Served by First Class Mail
340 LUCKY LANE
RENO, NV 89502